To Judge Karoline Mehalchick

Subject: MR. Brian Wilder

Dear Judge Mehalchick,
This letter is submitted for review by sentencing authorities adjudicating Brian Wilder.

My association with Brian is through family friendships since he was approximately 10 years old, and his service in the Military. His mother and my wife have been friends for many years and he served in a unit I commanded.

Brian's conduct when visiting my family was courteous and behavior commensurate with youth of his age while growing up. The way his first stepfather treated him on several occasions was demeaning and abusive. During his senior year in high school his grades were dropping from previous years. He gradually went from an A student in freshman year to D and some F's in the following years. I went to the school and discussed his performance and graduation potential with the counselor. He was not going to have enough credits to graduate with his class. After discussing his alternatives he was enrolled in evening classes at an accredited school in a nearby town and was able to graduate with his class. Again there was insufficient positive attention given him by his stepfather.

He served in an administrative and logistical position while in my command and I didn't have day to day contact with him but never heard any negative comments on his execution of assigned duties. After I left the command he later was discharged for physical training reasons.

During his incarceration my wife has continued to correspond with Brian and has sent him novels with western and mystery content, I believe he can work within society independley as a scheduler for any industry. It is my opinion that with counseling and supervision Brian can become a productive member of society

My background:
College undergraduate degree in Psychology and graduate level MBA Management emphasis
35 years service in US Army world wide
20 years working in Defence Industry world wide
Served in VietNam 69-70, Iraq 04/05
Currently retired

Edward C Gruetzemacher III
COL (Ret)
US Army
ed.gruetzemacher@gmail.com
417-861-8373